Schuyler G. Carroll
Adrienne W. Blankley
ARENT FOX LLP
1675 Broadway
New York, New York 10019
(212) 484-3900

Attorneys for the Official
Committee of Unsecured Creditors

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>HYDROGEN, L.L.C.,<br><br>Debtor.<br><br>OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF HYDROGEN, L.L.C.,<br><br>Plaintiff,<br><br>vs.<br><br>LEO BLOMEN, BLOMENCO B.V., JOHN FREEH, JOSHUA TOSTESON, LARRY SCOTT WILSHIRE, GREGORY MORRIS, CHRISTOPHER GAROFALO, MICHAEL BASHAM, ALTON ROMIG, JR., HOWARD YANA-SHAPIRO, BRIAN BAILYS, BRIAN McGEE, PHILIP KRANENBURG, ANDREW THOMAS, JOHN and JANE DOES 1-10, and ABC CORPS. 1-10,<br><br>Defendants. | Chapter 11<br><br>Case No. 08-14139 (AJG)<br><br><br><br><br>Adv. Pro. No. 09-01142 (AJG) |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                                           ) ss:
COUNTY OF NEW YORK  )

       NOVA A. CONSTANTINO, being sworn, deposes and says:

1. Deponent is not a party to this action, is over eighteen years of age, and resides in Kings County, New York.

2. On October 6, 2009, I served the **Notice of Adjournment of Pre-Trial Conference** [Docket No. 46] upon the parties on the attached service list via first class mail, by depositing true copies thereof, enclosed in a postage paid, properly addressed envelope, bearing the return business address of the undersigned, in an official depository under the exclusive care and custody of the United States Postal Service within the city and state of New York.

                 */s/ Nova A. Constantino*
                 Nova A. Constantino

Sworn to before me this
6th day of October, 2009.

   */s/ Susan E. Mackey*
Notary Public, State of New York
Authorized in New York State
Commission Expires 8/7/2010
Registration #01MA6150724

**SERVICE LIST**

The Honorable Arthur J. Gonzalez
U.S. Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Larry Scott Wilshire
213 Park Entrance Drive
Pittsburgh, Pennsylvania 15228.

Gregory Morris
P.O. Box 8425
Horseshoe Bay, TX 78657-8425

Christopher Garofalo
317 East 73rd Street, Apartment 4FE
New York, New York 10021

Joshua Tosteson
347 Third Street, Apt. 5A
Brooklyn, New York 11215

John Freeh
5997 Vera Cruz Road
Center Valley, PA 18034

Michael Basham
219 Riverside Avenue
Greenwich, CT 06878-2310

Alton Romig, Jr.
304 Big Horn Ridge Pl.
Albuquerque, NM 87122-1446

Alton Romig, Jr.
c/o Sandia National Laboratories
P.O. Box 5800, Mailstop 0116
Albuquerque, NM 97185-0116

Howard Yana-Shapiro
817 Hacienda Avenue
Davis, CA 95616-0128

Brian Bailys
34900 Forest Lane
Solon, OH 44139-1441

Brian McGee
5690 SW 36th Avenue
Ocala, FL 34471-9536

Philip Kranenburg
9 Creekside Drive
San Rafael, CA 94903-1069

Andrew Thomas
3735 Greenwood Drive
Pepper Pike, OH 44214

Maria DiConza, Esq.
Greenberg Traurig, LLP
MetLife Building
200 Park Avenue
New York, NY 10166
*Counsel to Leo Blomen and Blomenco B.V.*

Alec P. Ostrow
Stevens & Lee, P.C.
485 Madison Avenue
New York, New York 10022
direct tel (212) 537-0402
direct fax (610) 371-1222
office tel (212) 319-8500
office fax (212) 319-8505
apo@stevenslee.com
*Counsel to John Freeh, Joshua Tosteson and Christopher Garofalo*

Peter S. Russ
301 Grant Street
One Oxford Centre, 20th Fl.
Pittsburgh, PA 15219-1410
412-562-1416 :: direct
412-562-1041 :: fax
peter.russ@bipc.com
*Counsel to Gregory Morris, Andrew Thomas, and Larry Scott Wilshire*

Andrew P. Saulitis
Halperin Battaglia Raicht, LLP
555 Madison Avenue
New York, New York 10022-3301
tel (212) 459-0900
fax (212) 459-1826
cell (917) 202-4400
apslaw@msn.com
*Counsel to Michael Basham, Alton Romig, Jr., Howard Yana-Shapiro, Brian Bailys, Brian McGee, and Philip Kranenburg*