**BUCHANAN INGERSOLL & ROONEY PC**
H. Marc Tepper, Esq.
N.Y. I.D. No. 652656
Mathew H. Meade, Esq.
N.Y. I.D. No. MM-2160
620 Eighth Avenue, 23rd Floor
New York, NY 10018-1669
(212) 440-4400

Attorneys for Larry Scott Wilshire, Gregory Morris and Andrew Thomas

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| HYDROGEN, L.L.C., | : | |
| | : | Chapter 11 |
| Debtor. | : | |
| _____ | : | Case No. 08-14139 (AJG) |
| OFFICIAL COMMITTEE OF UNSECURED | : | |
| CREDITORS OF HYDROGEN, L.L.C., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| LEO BLOMEN, BLOMENCO B.V., JOHN | : | Adv. Pro. No. 09-01142 (AJG) |
| FREEH, JOSHUA TOSTESON, LARRY | : | |
| SCOTT WILSHIRE, GREGORY MORRIS, | : | |
| CHRISTOPHER GAROFALO, MICHAEL | : | |
| BASHAM, ALTON ROMIG, JR., HOWARD | : | |
| YANA-SHAPIRO, BRIAN BAILYS, BRIAN | : | |
| McGREE, PHILIP KRANENBURG, ANDREW | : | |
| THOMAS, JOHN and JANE DOES 1-10, and | : | |
| ABC CORPS. 1-10, | : | |
| | : | |
| Defendants. | : | |

---------------------------------------------------------------x

**NOTICE OF APPEARANCE AND
<u>DEMAND FOR SERVICE OF PAPERS</u>**

TO: Clerk of the U.S. Bankruptcy Court
      Southern District of New York
      New York, New York

**PLEASE TAKE NOTICE** that pursuant to Bankruptcy Rules 2002, 9007 and 9010(b), Larry Scott Wilshire, Gregory Morris and Andrew Thomas ("Movants"), by and through their counsel, Buchanan Ingersoll & Rooney PC, hereby respectfully submit this Notice of Appearance and Demand for Service of Papers in the above-captioned adversary proceeding by the Court, the Debtor, and/or any other parties-in-interest, be given to and served upon the following:

BUCHANAN INGERSOLL & ROONEY PC
Attn: H. Marc Tepper, Esquire
620 Eighth Avenue, 23rd Floor
New York, NY 10018
Tel (212) 440-4400
Fax (212) 440-4401
marc.tepper@bipc.com

-and-

BUCHANAN INGERSOLL & ROONEY PC
Attn: H. Marc Tepper, Esquire
Two Liberty Place
50 S. 16th Street, Ste. 3200
Philadelphia, PA 19102
Tel (215) 665-8700
Fax (215) 665-8760
marc.tepper@bipc.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes documents brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail, courier service, delivery service, telephone, telegraph, or otherwise.

This appearance and request for notice is without prejudice to the rights, remedies and claims of the Movants against other entities or any objection by the Movants that may be made to the subject matter jurisdiction of the Court or the propriety of venue herein and shall not be deemed or construed to submit the Movants to the jurisdiction of the Court. All rights, remedies and claims

are hereby expressly reserved, including without limitation, the making of a motion seeking abstention, withdrawal, dismissal or transfer of the case or a proceeding therein.

Dated: New York, New York
November 25, 2009

**BUCHANAN INGERSOLL & ROONEY PC**

By: /s/ H. Marc Tepper
H. MARC TEPPER
NY. I.D. # 652656
MATTHEW H. MEADE
N.Y. I.D. # MM-2160
620 Eighth Avenue, 23rd Floor
New York, NY 10018-1669
Tel: (212) 440-4400
Fax: (212) 440-4401

Attorney for Larry Scott Wilshire, Gregory Morris and Andrew Thomas