Maria J. DiConza
Adam C. Dembrow
GREENBERG TRAURIG LLP
200 Park Avenue
New York, New York 10166
Telephone: (212) 801-9200
Facsimile: (212) 801-6400

Counsel to Dr. Leo Blomen and Blomenco B.V.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

| | |
|---|---|
| In re | Chapter 11 |
| HYDROGEN, L.L.C., | Case No. 08-14139 (AJG) |
| Debtor. | |

---------------------------------------------------------------x

| | |
|---|---|
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF HYDROGEN, L.L.C., | |
| Plaintiff, | |
| vs. | Adv. Pro. No. 09-01142 (AJG) |
| LEO BLOMEN, BLOMENCO B.V., JOHN FREEH, JOSHUA TOSTESON, LARRY SCOTT WILSHIRE, GREGORY MORRIS, CHRISTOPHER GAROFALO, MICHAEL BASHAM, ALTON ROMIG, JR., HOWARD YANA-SHAPIRO, BRIAN BAILYS, BRIAN McGEE, PHILIP KRANENBURG, ANDREW THOMAS, JOHN and JANE DOES 1-10, and ABC CORPS. 1-10, | |
| Defendants. | |

---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

    Doreen Cusumano, being duly sworn, deposes and says:

1) I am not a party to this action, am over 18 years of age and am employed by the law firm of Greenberg Traurig, LLP, 200 Park Avenue, New York, NY 10166.

2) On August 24, 2010, I caused to be served true and accurate copies of the ***Motion Of Dr. Leo Blomen And Blomenco B.V. For Final Judgment Pursuant To Federal Rule Of Civil Procedure 54(B)  [Docket No. 64] and Notice Of Motion Of Dr. Leo Blomen And Blomenco B.V. For Final Judgment Pursuant To Federal Rule Of Civil Procedure 54(B) [Docket No. 65]*** via Federal Express on the parties listed on the attached Exhibit A.

*/s/ Doreen Cusumano*
Doreen Cusumano

Sworn to before me this
24th day of August, 2010.

*/s/ Adam C. Dembrow*
Adam C. Dembrow
Notary Public State of New York
No. 02DE6213275
Qualified in Kings County
Commission Expires 11/2/2013

# EXHIBIT A

Schuyler G. Carroll
Arent Fox LLP
1675 Broadway
New York, NY 10019

Brian Shoichi Masumoto
Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004

David C. McGrail
McGrail & Bensinger LLP
676A Ninth Avenue, #211
New York, NY 10036

H. Marc Tepper
Matthew H. Meade
Buchanan Ingersoll & Rooney, P.C.
620 Eighth Avenue, 23rd Floor
New York, New York 10018

Constantine D. Pourakis
Stevens & Lee, P.C.
485 Madison Avenue, 20th Floor
New York, NY 10022

Alan D. Halperin
Andrew P. Saulitis
Neal W. Cohen
Halperin Battaglia Raicht LLP
555 Madison Avenue, 9th Floor
New York, NY 10022